RECEIVED
IN CLERK'S OFFICE

OCT 2 4 2016

U.S. DISTRICT COURT
MID. DIST. TENN.

Morris Rucker,
    **Plaintiff**         §

   vs.              §        Civil Action No.: _____

**Cherry Lindamood, Warden, et al**  §
**SCCC Nurse Franks, Jane Doe Nurses,**
**Centennial Med. Ctr Employees,**  §
**Dr. Ron Wilson,**
**Corizion Med Services**       §
    **Defendants**

---

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. 1983

## MOTION FOR SUBPOENA DUES TECUM PRODUCTION OF MEDICAL RECORDS

## UNIFORM CIVIL AFFIDAVIT OF INDIGENCY

---

I.    **PREVIOUS LAWSUITS**

    A.    Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment? **NO**

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to previous lawsuit:
        Plaintiff(s): **N/A**
        Defendant: **N/A**
    2.    Court (If federal Court, name the district Court; If State Court, name the County.):N/A
    3.    Docket Number: **N/A**
    4.    Name of judge to whom case was assigned: **N/A**
    5.    Disposition, Was the case dismissed? appealed? Is it still pending or result of the previous lawsuit? For example, was it dismissed, appealed, or still pending? **N/A**
    6.    Approximate date of filing lawsuit: **N/A**
    7.    Approximate date of disposition:    **N/A**

## II. PLACE OF PRESENT CONFINEMENT:

    A.    Is there a prisoner grievance procedure in the institution?    **Yes**

    B.    Did you present the facts relating to your complaint in the State prisoner grievance procedure?    **Yes**

    C.    If your answer is yes:

        1.    What steps did you take? See **Appendix A, Exhibit 1.**

        2.    What was the result? **No response from SCCC Health Services Administrator, or Commissioner of Corrections**

    D.    If your answer is no, explain why not: N/A

## III. PARTIES:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any)

    A.    **Name of plaintiff:**    **Morris Rucker #104116**

            **Address:**         **South Central Correctional Center**

                            **PO Box 279**

                            **Clifton, TN 38425**

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, position, and places of employment of any additional defendants.)

    B.    Defendant: **Cherry Lindamood, Warden, et al**

    C.    Additional Defendants: **SCCC Nurse Franks, Jane Doe Nurses, Centennial Med. Ctr Employees, Dr. Ron Wilson, Corizion Med Services**

## IV. STATEMENT OF YOUR CLAIM:

State here as briefly as possible, the <u>facts</u> of your case.

See See **Appendix A, Exhibit 1.**

## V. RELIEF:

<u>State briefly exactly what you want the court to do for you.</u>

        The Plaintiff seeks immediate health care and provided appropriate/effective medications; that Dr. Coble's orders be re-instated and strickly enforced, including renewal of all medications. That Nurse Franks abusive treatment of the Plaintiff be investigated and the appropriate action be taken against her and all other Defendant's; He seeks injuction relief from any further prosecution or retaliatory action from SCCC Officials due to the filing of this complaint; moreover, he seeks any compensatory and punitive damages for pain and suffering,

    I, hereby certify under penalty of perjury that the above petition is true to the best of my information, knowledge, and belief.

*Morris Ruck*

**Morris Rucker #104116**

**Sworn to and subscribed before me on this the 21ᵘ, day of October 2016.**

_Wanda Spears_          11-19-2018

**NOTARY PUBLIC**        **MY COMMISSION EXPIRES**

STATE OF TENNESSEE NOTARY PUBLIC WAYNE COUNTY MY COMMISSION EXPIRES 11-19-2018

2

## CERTIFICATE OF SERVICE

I, hereby certify that the foregoing Petition has been given to the SCCC prison mailroom authorities; via: U.S. Mail prepaid, on the 21 day of October 2016 being mailed to:

**Clerk of Court**
**Keith Throckmorton**                    **ph 615-736-2364**
**801 Broadway   Rm 800**
**U. S. Courthouse**
**Nashville, TN 37203**


**Respectfully submitted,**

**Morris Rucker #104116**

# APPENDIX A

1

# EXHIBIT 1

September 13, 2016

Tenn. Dept. of Corrections
SCCC Health Services Administrator
_____ GARNER _____

Re: **Complaint affidavit involving investigation of SCCC medical staff misconduct**

Dear Health Services Administrator:

I, Morris Rucker #104116, after being duly affirmed in accordance with the law, in support of said complaint states the following to-wit:

### CASE IDENTIFYING INFORMATION

Mailing Address of Petitioner:    **Morris Rucker #104116**
Place of Confinement:    **South Central Correctional Center**
    **PO Box 279/555 Forrest Avenue**
    **Clifton, TN 38425-0279**

This complaint derives from incompetent and gross negligence in the performance of duties relating to SCCC Medical Staff acts of negligence, deliberate indifference and inadequate procedure practices in dealing with complainant prisoner and other prisoners. Specifically, on July 11, 2016, this complainant did see a pulmonary physician specialist at Meharry Hospital Clinical Services in Nashville, Tennessee. It should be noted that I was diagnosed with COPD asthma in 2014 by the same The same The pulmonary physician specialist's recommendation was to continue spirva advir ventolin inhalers and breathing treatment 3x's per day as needed. It should be noted, that I was diagnosed with COPD asthma in 2014 by the same pulmonary physician specialist at Meharry Hospital Clinical Services in Nashville, Tennessee.

On this July 2016 date, the pulmonary physician specialist recommended I was to continue spirva, advair, ventolin inhalers and breathing treatment 3x's per day as needed. This treatment plan has worked favorably. However, on July 16, 2016 my spriva inhaler ran out and I had to do breathing treatment in place of spriva inhaler. I spoke to SCCC Nurse Keeon and inquired as to when she

anticipated the spriva would be refilled. She informed me that it could take up to 3 weeks because Corporate Office had to approve it. This has proven to be an ongoing problem – the delay in getting a medication refill – extended wait until the Corporate Office approves refilling my inhaler prescription. It places me at a severe hardship because I have to result to using breathing treatment instead of the more effective medical inhaler.

On or about July 22, 2016 all of my medications were depleted and run out. Nurse Practitioner Frank told Nurse Robertson that my medications were intentionally not renewed. I took the statement to mean that Nurse Frank was discriminating against me. As a consequence, I have made complaints about how I have been unfairly treated; that I am uncomfortable with Nurse Frank's handling of my medical condition and her unprofessional ism in that she slanders my character by making derogatory comments about me.

On July 28, 2016, Nurse Practitioner Frank issued an order directing the other nurses not to give me a breathing treatment unless my oxygen level fell below 90. This directive is in direct contradiction to what the specialist recommended. Instead, per the specialist's recommendation, all nurses are to check my vital signs, listen to my lungs to determine if I am wheezing. Nurse Frank's has told the other nurses that I am only faking to have shortness of breath; that I am using too much medication in the nebulizer. Again, Nurse Frank's conduct and actions are in direct contravention to the specialist's recommendation. My problems have elevated with her changing the specialist's orders.

I contend that Nurse Frank's actions are negligent and discriminatory due to my race.

My claim can be further validated by the fact that on May 5, 2016, I was place in the clinic for observation. I was having an extremely difficult time breathing, experiencing shortness of breath, wheezing, coughing, and consequently given breathing treatment. It should be noted, that I did not have the right inhaler. The whole experience was life-threatening and I thought I was going to die.

Furthermore, on July 17, 2016, I did file a Title 6 Complaint against Nurse McClain. I indicated she was very disrespectful to me. She called me a boy. At approximately 9:50 AM at the med window,

Nurse McClain was upset with me because she had to watch me while I used my three – incuse, spiriva and atrovent inhalers. Nurse McClain said, "if you would take your meds like you are suppose to, "boy" I wouldn't have to watch you." This isn't the first complaint that I have filed against Nurse McClain. I have filed two. And both complaints have come up mysteriously missing. I contend I'm being denied access to the grievance procedure; that my missing complaints are reprisals and retaliation against me for filing the complaint. Moreover, I am thereby forced me to continue to see seek medical service from inferior nurses who are abusive, incompetent and neglectful. I am prejudiced by the circumstances and placed at a severe disadvantage because my medical condition is life-threatening.

Furthermore, on May 29, 2016, I was placed in the clinic for observation. I was having a hard time breathing; I was coughing and wheezing. I explained to Nurse Harville that the incuse inhaler was not helping me. I was given a breathing treatment in place of the inhaler. Nurse Frank was on call and her orders were to not give me a rescued inhaler. This order demonstrates that Nurse Frank was trying to kill me.

Furthermore, on June 1, 2016 I was examined by Dr. Coble and prescribed to be given a rescued inhaler. Dr. Coble orders were that he did not want me to be without a rescued inhaler.

On July 27, 2016 Nurse Frank defied Dr. Coble's orders and refused to renew my blood pressure medications.

On August 2, 2016 Nurse Franks during sick-call, put on some medications that have interfered with my bowels; constipated me. She also refused to renew my breathing med singler.

This Complainant has numerous circumstances that clearly validate his claim. See **Attached hereto as Appendix A, at Exhibit 1.**

I contend that the SCCC medical staff referenced above and in Exhibit 1 have failed to address my serious medical needs; that such failure rises to the level of a constitutional violations meeting both objective and subjective requirements. See **Farmer v. Brennan**, 511 U.S. 825, 833, 114 S. Ct. 1970, 128 L. Ed. 2d 811 (1994)

SCCC medical staff, have failed to protect me from risk of harm. I have shown the existence of a 'sufficiently serious' medical need." **Blackmore v. Kalamazoo County,** 390 F.3d 890, 895 (6th Cir. 2004). I contend that SCCC medical staff have acted with "deliberate indifference" to my serious medical need.

Applying the wisdom of **Farmer and Blackmore** to my complaint, I'm requesting that the credible evidence of this complaint and exhibit support an inference that I have, indeed, received less than satisfactory care for my breathing-medical-condition. In addition, I'm specifically requesting that Dr. Coble's orders be re-instated and strickly enforced, including renewal of all medications. And that this SCCC Health Service Administrator should immediately take the appropriate action to overcome and protect me from risk of harm.

Please review my complaint, medical records, and provide me your prompt and written communication concerning this matter.

Thank you for your time and consideration in facilitating the above request.

Sincerely,

Morris Rucker #104116
CA 120

CC: **Tenn. Dept. of Corrections**
**Commissioner Tony Parker**

*618*

 Department of
**Correction**

# MEMO

Inmate Name: ___Morris Rucker___   TDOC Number: ___104116___

Institution: ___SCP___   Housing Unit: ___CA-120___

Institution Grievance Number: ___23830___   TOMIS Grievance Number: ___303892___

Commissioner's Response and Reasons:

The response of the Committee is appropriate.

The grievant failed to substantiate allegation(s) presented to the satisfaction of the Grievance Committee. Additional information has not been presented which indicates the Level 2 response was inappropriate.

☑ Concur with Warden   ☐ Concur with Supervisor   ☑ Appeal Denied

___8-15-16___   _____
Date   Deputy Commissioner of Operations

SEP 0 7 2016

BY: _____

TP-10

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North •
Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

# GRIEVANCE HEARING SUMMARY

DATE: July 26, 2016    Grievance #: 303893-23830

Grievant:    I/m Rucker, Morris #104116

Present:    Gina Gonzales          Alt. Grievance Coordinator
            Ashlee Wheeler         Staff Board Member
            Deborah Garner         Staff Board Member
            I/m Pence #507863      I/m Board Member
            I/m Merritt #485997    I/m Board Member
            I/m Ridley #202670     I/m Grievance Clerk

Grievant enters:  The Chairperson read the grievance, the
Supervisor's response and Grievant's requested solution.
Procedures were explained.

This complaint on:
    Sgt. Staggs refuses to process grievance.

Grievant comments:
    Inmate stated that he is still looking for a grievance he
submitted on 4/28/6 on the medical dept. Stated that he also sent
the grievance to the Commissioner's office.

Board Questions:
    Q. – Have you had any problems with your previous
grievances being processed?
    A. – Yes.




    Hearing was concluded.



Reg / SST
Deatherage



## TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

MORRIS RUCKER _____ 104116 _____ SCCF CA120
NAME _____ NUMBER _____ INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: That Chairperson Leigh Staggs Adjuncts
ARE Conspiring to violate my dueprocess, That on
7-5-16 I receive Information From Chairperson Staggs

REQUESTED SOLUTION: WARDEN will have Chairperson Leigh Staggs
Produce My Missing Grievance, I do have copies of
them if theWARDEN would like toSee them

Morris Rucker _____ 7-7-16
Signature of Grievant _____ Date

------

*TO BE COMPLETED BY GRIEVANCE CLERK*

23830/303893 _____ 7-8-16 _____ [signature]
Grievance Number _____ Date Received _____ Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
New Due Date _____ Signature of Grievant

------

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: Grievance in question was
returned to 'Im on 5-20-16 & was not resubmitted
'Im has filed numerous grievances on the same
issue. Sco Staggs has performed her duties correctly

Chairperson's Response and Reason(s): _____

_____

DATE: 7/14/16 _____ CHAIRPERSON: [signature]

Do you wish to appeal this response? X YES _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

Morris Rucker _____ 7-18-16 _____ George Mason
GRIEVANT _____ DATE _____ WITNESS

Distribution Upon Final Resolution:
White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00) _____ Page 1 of 2 _____ RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     **(continuation sheet)**

DESCRIPTION OF PROBLEM: That I had no other Grievance in her office Except what was sent to the Commissioner office.

That Im Missing to Grivance, Deliberate and WillFul Denial of Medical treatment

That I File one it was sent to the Grievance office, I didnt hear Anything with in a week and I ask Chairperson Leigh Staggs If She had Receive my Grievance.

That I sent the same Grievance to Warden Dobb

That came From Commissioner Woodall, with Instruction to Follow Grievance Prowder, I did this twice and the Grievance is Missing.

Distribution Upon Final Resolution:

# TENNESSEE DEPARTMENT OF CORRECTION

## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 7-8-16

Please respond to the attached grievance, indicating any action taken.

Date Due: 7-13-16

303893/33830     Rucker, Morris     104116

Grievance Number        Inmate Name        Inmate Number

The grievance in question has been filed several times. Also the inmate attempted to have more than one grievance at level one. S/co Steggs has performed her duties correctly.

SIGNATURE

7-12-16

DATE

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-3148 (Rev. 3-00)

RDA 2244



## TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

Morris Rucker  104116  SCCF CA-120  23830/303893
NAME / NUMBER / INSTITUTION & UNIT / GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee Grievance, requested solution and supervisor response was read.

Inmate Grievance Committee's Response and Reasons board recommends/concurs with Supervisor's response; needs to start @ first level with Chairperson not @ commissioner level first

7/26/16
DATE

CHAIRMAN

Tavare Merritt
MEMBER

Zacharis Ponce
MEMBER

Deborah Garner
MEMBER

, ATC
MEMBER

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Warden's Response:     Agrees with Proposed Response    [✓]

Disagrees with Proposed Response    [ ]

If Disagrees, Reason(s) for Disagreement _____

_____

Action Taken: _____

DATE: 7-28-16     WARDEN'S SIGNATURE: _____

Do you wish to appeal this response?    X    YES    _____ NO

If yes:    Sign, date, and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

Morris Rucker    8-2-16    George Mason
GRIEVANT    DATE    WITNESS

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Commissioner's Response and Reason(s): _____

_____

_____

_____

DATE    SIGNATURE

Distribution Upon Final Resolution:

White - Inmate Grievant    Canary - Warden    Pink - Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)    RDA 2244

Warden Dodd,    CCA, SCCF,     7-8-16

I Morris Rucker #104116, write to you
because of a Grievance That I File
twice And Both Are missing.

That the Grievance was File on 4-28-16,
Deliberate and Willful Denial of Medical
Treatment, Against Nurse May, Nurse
McClain,
I could have lost my Life, They Refused
to treat me For over an hour.

That I Filed one Grievance And I never
heard anything with in a week And I
made a copy of it, be For sending it to
the Grievance Office.

That I File A second Grievance And
sent it to Commissioner, Woodall he
sent it back to me Instructing me to
Follow Grievance Procedure I did
that twice, And there still WAS no Record of
my Grievance.

That WARDEN Dodd, I sent every thing
that Commissioner Woodall, sent me to
your office,

That Grievance Chair Person Leigh Staggs,
is Violating TDOC Policy And Procedure
my Due Process is being Violated I did
turn the Grievance in to Chair Person Staggs,

That I don't feel safe here And I don't
trust the medical staff here,

That some time officer's And medical
staff make me wait up to six hour or
longer For medical treatment.

That I have had some close call's when
I thought that I was going to lose
my life.

Thank you
M. Rucker 104116
S.C.C.F.

Commissioner Woodall,                    7-5-16

Violation of Grievance Procedure
TDOC Due Process Violation
Grievance ChairPerson Leigh Staggs,

I Morris Rucker #104116, write to you
because Grievance Procedure TDOC Policy
are not being Follow by SCCF Offical and
Staff.

Commissioner I sent you a Grievance
on or about 5-20-16, because Grievance
ChairPerson Leigh Staggs have Refused
to Process my Grievance, For Deliberat and
Willful Denial of Medical treatment.
Date 4-28-16,

That the Grievance was Return back to
me From your Office. stateing that no
Further action would be taken, because
Grievance Procedure was not being Follow,

I Follow TDOC Policy And Procedure
And I Put the Grievance in the Grievance
box the First time And the Second time,

That I sent the Grievance to Warden Dodd, because I knew he would send it to ChairPerson Staggs office,

That I was left laying in the Floor in the waiting Room for over an hour by Nurse May, Nurse McClain,

That I was out side of Medical on the ground from Passing out, When Sgt Hunt, and other Officer's help me get up from off the ground.

That Nurse McClain was hollowing out of the Med window telling the Officer's not to help me that I was only Fakeing.

That I did ask for TDOC to view the camera,

That Nurse Mills, was the only Nurse who help me, Why Officer Naper, Officer Edward, watched, Nurse Mills did give a statement about the condition she found me in,

That HSA Paden, knew about the
Incident that happen on 4-28-16.
because I reportie it to her.

That her response was there was two
Emergency at approx 5:00 PM, one
Emergency was me and I got no help
from a Nurse,

That I have been place in the Clinic twice
For Complication of being Prescribe a
Different Inhaher, In cuse than what
the Specialist had Prescribe

That I was place in the Clinic on 5-6-16,
to 5-10-16, For Observation

That I was place in the Clinic on 5-29-16
to 6-1-16 For Observation.

thank you
M. Rucker #104116
SCCF



TENNESSEE DEPARTMENT OF CORRECTION

INAPPROPRIATE GRIEVANCE NOTIFICATION

To: **RUCKER, MORRIS**            **104116**            **CA-120**
        INMATE NAME (Printed )        TDOC NUMBER        HOUSING UNIT

FROM: **Leigh Staggs** , Grievance Chairperson

DATE: **June 27, 2016**

SUBJECT: **Medical**

THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE. Your Grievance is being returned to you due to the following reason(s):

1.  Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2.  Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3.  Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4.  Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5.  Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6.  Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7.  Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8.  A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9.  Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY. Grievance forms not properly completed or contain insufficient information for processing shall be returned to the Inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1.  No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.
2.  You did not: a) Sign and date, and/or b) state your "Requested Solution"
3.  Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and intact. [Policy #501.01 VI.(C)(1)
4.  _____

    _____

    _____

*Reminder:*    *You have SEVEN CALENDAR DAYS FROM THE DATE THE INCIDENT OCCURRED to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box. If you have any questions regarding this memo, please have your Unit Officer contact me at Ext. _____ to schedule an appointment. TDOC Policy and Procedure are available in the library.*

SCO Leigh Staggs
Grievance Chairperson



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

MORRIS RUCKER _____ 104116 _____ SCCF CA120 _____
NAME                              NUMBER                   INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: DEliberAte And WillFul DeniAl OF NECESSARY
MedicAl TreAtMent, on the Above DAte 6-23-16 At
Approx 2.15pm, in MedicAl, Nurse Younc statie that

REQUESTED SOLUTION: I Ask Nurse Younc to REFER ME to Dr. Coble.
that he is the one who oRdER my IniNAlER, the Nurse in
stAFF keep placeing my LiFE inis JANGER, IF you All don't

_Morris Rucker_ _____ 6-27-16 _____
Signature of Grievant                              Date

=======================================================
*TO BE COMPLETED BY GRIEVANCE CLERK*

_____        _____        _____
Grievance Number           Date Received            Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____        _____
                                   New Due Date                          Signature of Grievant
=======================================================
**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____        CHAIRPERSON: _____

Do you wish to appeal this response? _____ YES        _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____        _____        _____
GRIEVANT                                    DATE                          WITNESS

Distribution Upon Final Resolution:

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)                                        Page 1 of 2                                        RDA 2244



TENNESSEE DEPARTMENT OF CORRECTION

**INAPPROPRIATE GRIEVANCE NOTIFICATION**

| | | | |
|---|---|---|---|
| To: | **RUCKER, MORRIS** | 104116 | CB-128 |
| | INMATE NAME (Printed) | TDOC NUMBER | HOUSING UNIT |

FROM: **Leigh Staggs** , Grievance Chairperson

DATE: **May 19, 2016**

SUBJECT: **Medical staff**

---

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE.** Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

---

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY.** Grievance forms not properly completed or contain insufficient information for processing shall be returned to the Inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.
2. You did not: a) Sign and date, and/or b) state your "Requested Solution"
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and intact. [Policy #501.01 VI.(C)(1)
4. _____

_____

_____

_____

_____

*Reminder:* You have **SEVEN CALENDAR DAYS** <u>*FROM THE DATE THE INCIDENT OCCURRED*</u> *to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box. If you have any questions regarding this memo, please have your Unit Officer contact me at Ext._____to schedule an appointment. TDOC Policy and Procedure are available in the library.*



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

MoRRisRuckER     104116     SecF CB128
NAME          NUMBER          INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: Title VI complaint, on the Above Date
5-17-16 at approx 9:50 am, at the Med window
NuRSE McClain, was useing disRespectful words.

REQUESTED SOLUTION: That Im mother boy and at no time was
disRespectful toward NuRSE McClain. That She be
terminated From working HERE,

_morris Rucker_              5-17-16
Signature of Grievant              Date

============================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____    _____    _____
Grievance Number     Date Received     Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____     _____
         New Due Date            Signature of Grievant

============================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____     CHAIRPERSON: _____

Do you wish to appeal this response? _____ YES _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____    _____    _____
       GRIEVANT           DATE           WITNESS

Distribution Upon Final Resolution:



DESCRIPTION OF PROBLEM: NURSE McClain, WAS giveinig ME my MEds, saying you nEEd to listen Boy And IF you WAS takeing your MEds Right, DosE by DosE I wouldn't have to watch you,

That NURSE McClain WAS DisRESpectFul, umproFessional She WAS upset at mE bECAusE she had to watch mE takE my MEds,

NURSE McClain Continue to hollew at mE sAyinig disREspectFul things, Im talking to you Boy,

I wASn't suRE OF hER last words And I Ask hER what did you say, NURSE McClain wouldn't REPEAt it.

Distribution Upon Final Resolution:
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                    Page 2 of 2                    RDA 2244

Case 1:16-cv-00090   Document 1   Filed 10/24/16   Page 25 of 41 PageID #: 25



**TENNESSEE DEPARTMENT OF CORRECTION**

<u>**INMATE GRIEVANCE**</u>     **(continuation sheet)**

DESCRIPTION OF PROBLEM: IF I don't SEE the NP. FRANKS I wouldn't
gEt my MEds RENEW,

That I Explain to Nurse Young, that NP FRANKS had
put my LiFE in DANGER twice, She had REFUSEd to give
ME A Recuse InHALER FoR over 3 days,

That She had REFUSEd to oRdER my InHEALER FoR
over AMonth,

That She hAvE Said unprofEssional thing About my
HEAlth to othER StAFF And NURSES,

continiuE FROM PAGE 1 oF 2,
WAnt to tREAt mE SENd mE to AnothER pRison,
That the NP. FRANK will NEVER tREAt mE AS long AS
Im At this PRison,

459

**TN** Department of
Correction

# MEMO

Inmate Name: _Morris Booker_  TDOC Number: _104116_

Institution: _SCF_  Housing Unit: _6b 116_

Institution Grievance Number: _23652_  TOMIS Grievance Number: _302053_

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and:

☐ Concur with Warden   ☑ Concur with Supervisor   ☐ Concur with Committee

_6-16-16_
Date

_Jnewstel 17_
Deputy Commissioner of Operations

DS-19

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

OCT 0 6 2016

BY: _LS_





**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

| Morris Rucker | 104116 | SCCF CB ~~128~~ *116* | 23652/302053 |
|---|---|---|---|
| NAME | NUMBER | INSTITUTION & UNIT | GRIEVANCE NUMBER |

Summary of Evidence and Testimony Presented to Committee _____

_____

_____

Inmate Grievance Committee's Response and Reasons *Inappropriate per Policy 501.01*
*Sec VI H-8 Medical Diagnosis*

_____

| 5-26-16 | Sgt Staggs | |
|---|---|---|
| DATE | CHAIRMAN | MEMBER |

| | | |
|---|---|---|
| MEMBER | MEMBER | MEMBER |

==========================================================

Warden's Response:  Agrees with Proposed Response  ☑

Disagrees with Proposed Response  ☐

If Disagrees, Reason(s) for Disagreement _____

_____

Action Taken: _____

DATE: 5-31-16   WARDEN'S SIGNATURE: _C. Lindamood_

Do you wish to appeal this response?  ✓ YES _____ NO

If yes:  Sign, date, and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

| Morris Rucker | 6-2-16 | George Mason |
|---|---|---|
| GRIEVANT | DATE | WITNESS |

==========================================================

Commissioner's Response and Reason(s): _____

_____

_____

_____

| | |
|---|---|
| DATE | SIGNATURE |

Distribution Upon Final Resolution:

   White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                    RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

MORRIS RUCKER     104116     SCCF CB-128 116
NAME          NUMBER         INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: DEliberate Indifferent to a Serious Medical NEED, on the Above DATE 4-18-16, At Approx 8:15 Am At the MED Window, Nurse KEEton, Inform that my ADVAIR WAS

REQUESTED SOLUTION: To Chang OR Reduce of my InHAlers, DR. Coble, Any Will have to send ME to see A certified Pulmonary Physician At MEHarry Hospital Clinical Services.

_Morris Rucker_         4-25-16
Signature of Grievant          Date

========================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

23652/302053     5-19-16     _Sgt Stagg_
Grievance Number     Date Received     Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
       New Due Date             Signature of Grievant

========================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: Upon chart review a request was sent to corporate for Alvesco & it was denied. They suggested the current medication be increased.

Chairperson's Response and Reason(s): Inappropriate per Policy 501.01 Sec VI H-8 medical diagnosis.

DATE: 5-24-16     CHAIRPERSON: _Sgt Stagg_

Do you wish to appeal this response?    ✗ YES     ____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_Morris Rucke_     5-25-16     _George Mason_
GRIEVANT        DATE          WITNESS

Distribution Upon Final Resolution:

White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)           Page 1 of 2          RDA 2244

Case 1:16-cv-00090   Document 1   Filed 10/24/16   Page 29 of 41 PageID #: 29



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     (continuation sheet)

DESCRIPTION OF PROBLEM: Changed from twice a day to once a day by Dr Coble, My ADVAIR is to be used twice a Day, Every 12-Hour ME I was put on this Med by a specialist, And other Meds Atrovent, Spiriva, All Are In Haler, And Venitolini,

I need the Med to help ME Breath, to InterFere with my Breathing Meds can cause ME to lose my LiFE.

That I was out of ADVAIR on 4·22·16, Im haveing a hard time Breathing, I get Shortness of Breath From doing simple thing, Shower, tieing my Shoes, walking Any Distance, I experience Shortness of Breath,

That I sign sick CALL on 4·14·16, 4·14·16, Medical StAFF Dr, Coble, N.P. Nurses don't take my Health problems serious.

Distribution Upon Final Resolution:
White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                                Page 2 of 2                                RDA 2244

INT/HSV
Paden



# TENNESSEE DEPARTMENT OF CORRECTION

## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 5-19-16

Please respond to the attached grievance, indicating any action taken.

Date Due: 5-24-16

302053/236052      Rucker Morris      104116

Grievance Number        Inmate Name          Inmate Number

After chart review, it appears on 4/25/16 a request was sent to corporate requesting alvesco 160 mcg BID. They denied the request and suggested incruse eHipta instead. This is the medication that is currently being given. If this medication is not beneficial please sign up to see a prander in order to possibly switch to a different inhaler which benefits is more beneficial.

A. Paden RN, CNS
SIGNATURE

5/23/16
DATE

Warden Linda Mood,                          4-26-16

I Morris Rucker 104116, CB128, write to
you because, Grievance Chairperson Leigh Stagg.
have Refused to process 5 of my Grievance
From 12-30-15 - to Latest, 4-25-16,

Grievance Chairperson. Leigh Stagg, say Policy
501.01, is inappropriate to be heard.

Warden, as you can see, this grievance has
never been process nor have a supervisor
Response been Acknowledge.

Warden you have never Responded to this,
Leigh Staggs, is violation of TDOC Policy.
It has Fileing Number, Its a Due Process violation,

                    thank you
                    Morris Rucker 104116
                            CB128
                    M. Rucker 104116

FIRST GRIEVANCE.
FILE ON 4-28-16



## TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

MORRIS RUCKER          104116          SCCF CB128
_____NAME_____    ____NUMBER____    __INSTITUTION & UNIT__

DESCRIPTION OF PROBLEM: On the above Date 4-28-16 At Approx 5:00 PM.
WHEN I got to MEDical For my BREAthing treatment, OFFicER
NApER, told ME to wait, I Explain to hER, I was haveing A hard

REQUESTED SOLUTION: NuRSE Mills CamE in AFTER 6:00PM and help ME
I ask the WARDEN to view the camera, you will see
NuRSE MAYES, And othER NuRSES, REFUSED to givE ME MEDcal help.

Morris Rucker                         4-28-16
____Signature of Grievant____         ____Date____

============================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____    _____    _____
Grievance Number      Date Received       Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____    _____
                         New Due Date          Signature of Grievant

============================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____    CHAIRPERSON: _____

Do you wish to appeal this response? _____ YES _____ NO

If yes:    Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____    _____    _____
GRIEVANT              DATE                WITNESS

Distribution Upon Final Resolution:

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)                                    Page 1 of 2                                    RDA 2244
Case 1:16-cv-00090    Document 1    Filed 10/24/16    Page 33 of 41 PageID #: 33



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     (continuation sheet)

DESCRIPTION OF PROBLEM: time BREAthing, I haid down out side and I WAS brout in MEdicAl And put in the waiting Room For OVER A Hour in the Floor, NURSE MAyES And ANothER NURSE NAmE is unknown REFuSE to tREAt mE, the NURSE NAmE unknown WAS tElling the OFFicER that nothing WAS WRong with mE Not to help mE gEt up.

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                     Page 2 of 2                     RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

MoRRisRuckER     104116     SCCF CA120
_____     _____     _____
NAME               NUMBER          INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: DElibERAtE ANd WillFul DENiAl OF MEdicAl
trEAtMENt by NuRsE MAy, NuRsE McClAiNi, oN tHE AbovE
DAtE 4-28-16, At AppRox 5:00PM wHEN I got to

REQUESTED SOLUTION: I Ask tHE WARdEN ANd TDOC to viEw
tHE CAMERA, NuRsE McClAiNi, NuRsE MAy, did
NotHiNg to HElp ME

Morris Rucker            4-28-16
_____        _____
Signature of Grievant               Date

========================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____    _____    _____
     Grievance Number           Date Received            Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____     _____
                 New Due Date                Signature of Grievant

========================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____     CHAIRPERSON: _____

Do you wish to appeal this response? _____ YES     _____ NO

If yes:    Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____    _____    _____
       GRIEVANT             DATE              WITNESS

Distribution Upon Final Resolution:
      White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)



DESCRIPTION OF PROBLEM: Medical For my Breathing treatment Officer Naper, told me to wait I explain to her That I washaveing Ahard time Breathing That I need a Nurse,

I was holding on to the Front Door And when it open I kept it open geting some Air When I came to I was on the ground outside of Medical,

When I came Sgt Hunt, And too more Officer was helping me get Air,

I heard Nurse McClain, hollowing out of the Med, window telling the Officers not to help me get up that I was only Fakeing that I could walk,

I went back in Medical in the waiting Room And Laid in the Floor For over An Hour,

I was help up by Nurse Mills, After 6:00 PM She said Rucker come on For your Breathing treatment, Nurse Mills said I will help you get up Why other Officer stood And Watch. Nurse Mills, did give A Statment About the Incident to HSA, Paden.



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

MORRIS RUCKER                104116              SCCF CB 214
_____          _____          _____
NAME                          NUMBER            INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: Deliberate and willful denial of necessary medical adjuncts by HSA Jamerson and Dr. Coble. All of these individuals were informed by me that I need a

REQUESTED SOLUTION: Obtain and issue to me A new CPAP. Nebulizer Breathing Machine within 14 business days of the submission of this grievance And do not maliciously retaliate.

Morris Rucker                          3-1-16
_____          _____
Signature of Grievant                    Date

=========================================================================

TO BE COMPLETED BY GRIEVANCE CLERK

23450/399266              3-2-16              Sco Stacy
_____          _____          _____
Grievance Number          Date Received      Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
                        New Due Date                    Signature of Grievant

=========================================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: Mr. Rucker you would have to be deemed by a provider to have CPAP machine. Go through sick call for issue. Medical is aware of breathing treatments

Chairperson's Response and Reason(s): Concur w/ Supervisors response

_____

DATE: 3/18/16        CHAIRPERSON: _____

Do you wish to appeal this response? __X__ YES        ____ NO

If yes:    Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

Morris Rucker              3-25-16              C. R
_____          _____          _____
GRIEVANT                      DATE                WITNESS

Distribution Upon Final Resolution:

    White - Inmate Grievant    Canary — Warden    Pink — Grievance Committee    Goldenrod — Commissioner (if applicable)
Case 1:16-cv-00090    Document 1    Filed 10/24/16    Page 37 of 41 PageID #: 37
CR-1394 (Rev. 3-00)                        Page 1 of 2                              RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

<u>INMATE GRIEVANCE</u>　　　(continuation sheet)

DESCRIPTION OF PROBLEM: CPAP breathing Machine due to my serious COPD and Asthma Especially At Night and doing Lockdowns. HSA Jamerson Excuse was? "All inmates have access to Appropriate Levels of health care on a 24-hour a day basis, And there is a 300 or 500 dollars Fee when I need Medical Emergency.

I am requesting/need to see a board certified pulmonary Physician At McNarry Hospital Clinical services if there's Any need For Approval For A CPAP breathing machine

I Fear reprisal Form either Dr Coble or HSA Jamerson, staff or other Employees At SCCF. which may take Any Form such as denial of medical supplies, Equipment, treatment etc.

On 2-24-16, At Approx 9:15 AM I waited almost 40 minutes to receive a breathing treatment, in Medical.

On 2-24-16, At Approx 12:00 noon, I waited Almost 45 minutes in Medical For a breathing treatment

On 2-27-16, At Approx 8:10 AM I waited 1 hour And A Half to receive a breathing treatment, And on this Day Nurse Banks was the Charge Nurse.

As Any Layperson could tell, it is detrimental to my health to be without a Nebulizer For breathing treatment, As I have A serious medical need that HSA Jamerson And Dr Coble are aware of And of being deliberately Indifferent too.

Though my condition is serious (COPD-Asthma) I continue to have problems due ing Lockdown. And From Nurses.

I Fear reprisal From staff which may include treatment, medical supplies or equipment.

Distribution Upon Final Resolution:



**TENNESSEE DEPARTMENT OF CORRECTION**

**RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT**

DATE 3-2-16

Please respond to the attached grievance, indicating any action taken.

Date Due: 3-7-16

| 299266/23450 | Rucker, Morris | 104116 |
|---|---|---|
| Grievance Number | Inmate Name | Inmate Number |

Mr. Rucker, in order for you to have a CPAP machine it must be deemed medically necessary by a provider. You will need to come through sick call and request to be referred to a provider regarding the issue. Regarding breathing treatments, medical staff are aware you are ordered the treatments as needed. They are instructed to have security bring you to medical and administer the treatment when contacted by officers saying you need your treatment. Continue to use ordered and inhalers and let officers know at the first signs of any distress in order to get you to medical in a timely manner.

Amber Parker RN
SIGNATURE

3/16/16
DATE





**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

Morris Rucker _____ 104116 _____ SCCF CB-214 _____ 23450-299266
NAME        NUMBER     INSTITUTION & UNIT     GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _____

_____

Inmate Grievance Committee's Response and Reasons *Inappropriate per Policy 501.01*
*VI (H) (8) Medical Diagnosis* _____

_____

3-25-16 _____ Sco Stacy _____ _____
DATE          CHAIRMAN           MEMBER

_____ _____ _____
MEMBER          MEMBER          MEMBER

=============================================================

Warden's Response:    Agrees with Proposed Response    ☑

Disagrees with Proposed Response    ☐

If Disagrees, Reason(s) for Disagreement _____

_____

_____

Action Taken: _____

DATE: 3-29-16     WARDEN'S SIGNATURE: _____

Do you wish to appeal this response? _____ YES _____ NO

If yes:    Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

Morris Rucker _____ 3-31-16 _____ C. R____
GRIEVANT          DATE          WITNESS

=============================================================

Commissioner's Response and Reason(s): _____

_____

_____

_____ _____
DATE               SIGNATURE

Distribution Upon Final Resolution:

     White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)      Case 1:16-cv-00090    Document 1    Filed 10/24/16    Page 40 of 41 PageID #: 40    RDA 2244



## TENNESSEE DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE

MORRIS RUCKER     104116     SCCF CB214
NAME             NUMBER         INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: Title VI Racial Discrimination Complaint Against Adjuncts, Grievance Chairperson Leigh Staggs that on 2-8-16, my Grievance was Return unprocess

REQUESTED SOLUTION: Ask the Warden, to Investigate, why Leigh Staggs, Refuse to process my two Grievance Against these Officers that was sent back to me unprocess I have the Evidence

Morris Rucker            2-8-16
Signature of Grievant            Date

═══════════════════════════════════════════════════

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____    _____    _____
Grievance Number      Date Received      Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____      _____
New Due Date           Signature of Grievant

═══════════════════════════════════════════════════

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____     CHAIRPERSON: _____

Do you wish to appeal this response? _____ YES _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____    _____    _____
GRIEVANT         DATE         WITNESS

Distribution Upon Final Resolution: