Morris Rucker
TDOC #104116
Northwest Correctional Complex, Site #1
960 State Road
Route 212
Tiptonville, Tennessee 38079

RECEIVED
IN CLERK'S OFFICE
FEB 0 8 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

FEBRUARY 6, 2018

1:16-0090

District Attorney General Office
District Attorney General
Mr. Glenn R. Funk
222 2nd Avenue North
Suite 500, Washington Square
Nashville, Tennessee 37201

RE: **STATE OF TENNESSEE v. MORRIS RUCKER**
C.C.A. No. M2017-01964-CCA-R3-PC
Trial Court No. 83-F-2095
CHANGE OF ADDRESS NOTICE

Dear Clerk:

I am giving you NOTICE that my address has change. I have been transferred to another facility. The **new address** is listed below as to:

> Morris Rucker
> TDOC #104116
> Northwest Correctional Complex, Site #1
> 960 State Road, Route 212
> Tiptonville, Tennessee 38079

Please make note in your records and on your computer of this new change of address of, Morris Rucker, TDOC #104116. Also, please forward all pleadings to the above address.

Thank you for your time in this matter.

Sincerely,

*Morris Rucker*
Morris Rucker, TDOC #104116

cc: Personal File

Morris Rucker
TDOC #104116
Northwest Correctional Complex, Site #1
960 State Road
Route 212
Tiptonville, Tennessee 38079

"Legal Mail"

MEMPHIS TN 380
05 FEB 2018 PM 3 L

United States District Court
Middle District of Tennessee
Clerk of Court Keith Throckmorton
801 Broadway
Room 800, U.S. Courthouse
Nashville, Tennessee 37203

37203-386900

RECEIVED
IN CLERK'S OFFICE
FEB 0 8 2018
U.S. DISTRICT COURT
MID. DIST. TENN.

