# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| **MORRIS RUCKER,** | ) | |
| | ) | |
| Plaintiff, | ) | **NO. 1:16-cv-00090** |
| | ) | |
| v. | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE** |
| **CHERRY LINDAMOOD, et al.,** | ) | **NEWBERN** |
| | ) | |
| Defendants. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff's "Reconsider Motion for a Temporary Restraining Order and/or Preliminary Injunction" and third motion for emergency injunctive relief (Doc. Nos. 71, 123), which was filed on June 29, 2018. (Doc. No. 158). In the Report and Recommendation, the Magistrate Judge recommends the motions be denied as moot because Plaintiff has transferred facilities and is "no longer in danger of suffering injuries he alleges at the hands of these defendants . . ." (Doc. No. 158 at 5).

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Doc. Nos. 71 and 123 are **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE