UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MORRIS RUCKER, | |
| Plaintiff, | Case No. 1:16-cv-00090 |
| v. | Judge William L. Campbell, Jr. |
| CHERRY LINDAMOOD, et al., | Magistrate Judge Alistair E. Newbern |
| Defendants. | |

## ORDER

Before the Court is pro se Plaintiff Morris Rucker's motion to subpoena the last known addresses of Defendants Dr. J. Soldo and Nurse Rachel Westry, the only unserved defendants remaining in this action, so that he can effect service of process upon them. (Doc. No. 187.) The defendants whom Rucker already served objected to the Court granting Rucker's motion prior to ruling on their pending motions to dismiss. (Doc. No. 188.) However, they stated that, "[i]n the event the Court finds that any claims against the unserved defendants should survive, Defendants would then have no objection to providing the court the last known contact information for the unserved defendants under seal." (*Id.* at PageID# 1732–33 (emphasis omitted).)

On April 8, 2019, the District Judge adopted the Magistrate Judge's report and recommendation dismissing Rucker's claims against Soldo but allowing his claims against Westry to proceed. (Doc. No. 199.) Accordingly, Rucker's motion to subpoena the last known addresses of Soldo and Westry is DENIED IN PART with respect to Soldo and GRANTED IN PART with respect to Westry.

The Court hereby ORDERS Defendant Hininger or an authorized representative of CoreCivic, Inc. or the South Central Correctional Facility to file a notice under seal providing the last known address of Defendant Westry by April 17, 2019.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge