In The United States District Court For The Middle District of Tennessee Columbia Division

Morris Rucker
Plaintiff,
v.
Cherry Linda Mood, Et Al.

Case No. 1:16-cv-00090
Judge Campbell
Magistrate Judge Newbern

## Motion For Change of Address

Morris Rucker, The Plaintiff, have moved from North West Correctional Complex, to North East Correctional Complex, P.O. Box 5000 Mountain City Tennessee 37683, As of June 17, 2022.

Respectfully submitted
Morris Rucker,
Plaintiff,
North East Correctional Complex
P.O. Box 5000
Mountain City, Tenn 37683

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2017 2022 a copy of the Motion for Change of Address have been sent by U.S. Mail to the following Attorneys.

Attorney. Nathan D. Tilly
162 Murray Guard Drive, Suite B
Jackson, Tenn 38305

Joseph K. Byrd
Assistant Attorney General
P.O. Box 20207
Nashville, Tenn 37202-0207

Morris Rucker #104176
Northeast Correctional Complex
P.O. Box 5000
Moutain City, Tenn 37683



MoRRis RuckeR # 1D4116
NorthEast CoRREctional Complex
P.O. Box 5000
Mountain City, Tenn 37683

KNOXVILLE TN 377
21 JUN 2022 PM 1 L

RECEIVED
JUN 27 2022
US DISTRICT COURT
MID DIST TENN

United States District Court
Middle District of Tennessee
Office of the Clerk
800 United States CourtHouse
Nashville, Tennessee 37203

37203-553999



THE DEPARTMENT OF CORRECTIONS OWNS A
HAS NEITHER INSPECTED NOR CENSORED AND
IS NOT RESPONSIBLE FOR THE CONTENTS
NECX
P.O. BOX 5000
MOUNTAIN CITY, TN 37683