IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| MORRIS RUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:16-cv-00090 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE NEWBERN |
| CHERRY LINDAMOOD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has been advised that this matter has settled. (Doc. No. 311). Accordingly, this case will remain administratively closed. The mediator noted that the parties will require time to exchange releases and other papers by mail and proposed the parties file a stipulation of dismissal on or before December 17, 2022. On or before December 17, 2022, the parties shall file a stipulation of dismissal or proposed order of dismissal. If unable to do so by that deadline, Defendants shall file a notice explaining the cause for the delay and informing the Court when the stipulation will be filed.

It is so **ORDERED**.

*/s/ William L. Campbell, Jr.*
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE