094-202-00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MORRIS RUCKER | ) | | |
|---|---|---|---|
| | ) | | |
| v. | ) | No.: | 1:16-cv-00090 |
| | ) | | Judge Campbell |
| CHERRY LINDAMOOD, et. al | ) | | |

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff Morris Rucker voluntarily dismisses all of his claims with prejudice against all Defendants.

This voluntary dismissal is with prejudice, and each party shall bear their own costs, fees, and expenses.

Respectfully submitted,

*Morris Rucker* (signature)

Morris Rucker
Plaintiff
Northeast Correctional Complex
P.O. Box 5000
Mountain City, TN 37683

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
James I. Pentecost (#11640)
Nathan D. Tilly (#31318)
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995 - Telephone
(731) 668-7163 - Fax
ntilly@pgmfirm.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this response by U.S. mail and/or ECF upon the following:

Morris Rucker#104116
Northeast Correctional Complex
P.O. Box 5000
Mountain City, TN 37683

Joseph K. Byrd
Assistant Attorney General
Civil Rights and Claims Division
P.O. Box 20207
Nashville, TN 37202-0207

This the 14th day of December, 2022

By: s/Nathan D. Tilly
Nathan D. Tilly