IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MORRIS RUCKER, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 1:16-cv-00090 |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE NEWBERN |
| CHERRY LINDAMOOD., *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the Stipulation of Dismissal filed by Plaintiff Morris Rucker (Doc. No. 313), this case is hereby **DISMISSED WITH PREJUDICE** against all Defendants under Fed. R. Civ. P. 41(a)(2). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE